McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. SEALED, Defendant. | CR. No. S-06-MJ-180 GGH<br><br>UNSEALING ORDER |

UNSEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents and the minutes of any proceedings in the above referenced case shall be unsealed.

DATED: July 14, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1